# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**LAURIE A. TODD,**
                    **Appellant,**

    **vs.**                                                                 **1:23-cv-394 (MAD)**

**ENDURANCE AMERICAN INSURANCE COMPANY,**
                    **Appellee.**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Text Order Dismissing Appeal [Dkt. no. 13] issued on July 10, 2023 by the Honorable Mae A. D'Agostino, Appellant Laurie Todd has failed to comply with the Court's May 22, 2023 Order Dismissing Appeal.  The Clerk is directed to CLOSE this action.

All of the above pursuant to the Orders issued by the Honorable Judge Mae A. D'Agostino, dated the 22nd day of May, 2023 and the 10th day of July, 2023.

DATED: July 10, 2023

_John Domini_
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk